UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00273-AN |
| v. | MISDEMEANOR INFORMATION |
| JOSHUA AMES CARTRETTE, | 18 U.S.C. § 111(a)(1) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Assault on a Federal Officer)**
**(18 U.S.C. § 111(a)(1))**

On or about June 14, 2025, in the District of Oregon, the defendant **JOSHUA AMES CARTRETTE** did forcibly assault Adult Victim 1 (AV1), a person designated as a federal officer under 18 U.S.C. § 1114, while AV1 was engaged in, and on account of the performance of AV1's official duties;

In violation of Title 18, United States Code, Section 111(a)(1), a class A misdemeanor.

Dated: June 23, 2025                                    Respectfully submitted,

                                                        WILLIAM M. NARUS
                                                        United States Attorney

                                                        /s Pamela Paaso
                                                        Pamela Paaso, TXSB #24060371
                                                        Assistant United States Attorney